**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio Tavaris BROWN,**
**Defendant–Appellant.**

**No. 13–15557**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 31, 2014.

R. Brian Tanner, James D. Durham, Tania D. Groover, Cameron Heaps Ippolito, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Solomon A. Amusan, Amusan Law Firm, Savannah, GA, for Defendant–Appellant.

Before TJOFLAT, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Solomon A. Amusan, appointed counsel for Antonio Tavaris Brown, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Brown's conviction and sentence are **AFFIRMED.**